# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD THRASH

VERSUS

FREDRICK R. GONZALES

NO.  2021 CW 1174

**DECEMBER 6, 2021**

---

In Re:  Gerald L. Thrash, applying for supervisory writs, 21st
Judicial District Court, Parish of Tangipahoa, No.
2020-0000652.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JMM**
> **WIL**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT